SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GREGORY F. HURLEY, Cal. Bar No. 126791
ghurley@sheppardmullin.com
MICHAEL J. CHILLEEN, Cal. Bar No. 210704
mchilleen@sheppardmullin.com
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone:  714.513.5100
Facsimile:  714.513.5130

Attorneys for Defendant, Pizza Hut of America, Inc., a Delaware Corporation

LAW OFFICES OF THEODORE J. BATSAKIS
Theodore J. Batsakis, Cal. Bar No. 105408
11525 Downey Ave., Suite D
Downey, California  90241
Telephone:  562.824.8773
Facsimile:   562.598.8295

Attorney for Plaintiff
Santiago Avalos

JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

SEPT 5, 2014

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PG_____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SANTIAGO AVALOS,<br><br>        Plaintiff,<br><br>    v.<br><br>Pizza Hut of America, Inc., a Delaware Corporation; VIOLE FAMILY, LLC., a California Limited Liability Company; Does 1-25.,<br><br>        Defendant. | Case No. 2:14-cv-06081-SVW-CW<br><br>[~~PROPOSED~~] ORDER TO DISMISS ENTIRE ACTION<br><br><br><br>Action Filed:  July 9, 2014<br>Trial Date:    None Set |

SMRH:428851519.2

Case No. 2:14-cv-06081-SVW-CW
ORDER RE STIPULATION TO DISMISS ACTION

1     **IT IS HEREBY ORDERED** that pursuant to the Parties' Stipulation,
2 this entire action is hereby dismissed with prejudice.
3 **IT IS SO ORDERED**.

6   DATE: 9/5/14

7                                   Honorable Judge Stephen V. Wilson
8                                       United States District Judge
                                       Central District of California